# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RICHARDS, et al., | Case No.  1:20-cv-00586-NONE-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFFS TO FILE NOTICE OF STATUS OF SERVICE |
| v. | |
| FAMILY HEALTHCARE NETWORK, et al., | THREE DAY DEADLINE |
| Defendants. | |

Plaintiffs filed this action on April 23, 2020.  On April 24, 2020, a scheduling order issued setting the mandatory scheduling conference for July 21, 2020.  As of this date, Plaintiffs have not filed proof of service of the summons and complaint.  See ECF No. 2-1 at 2.

Accordingly, IT IS HEREBY ORDERED that, within three (3) days of the date of entry of this order, Plaintiffs shall file notice of the status of service on the defendants in this action. Plaintiffs are advised that failure to comply with this order may result in the issuance of sanction, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **June 22, 2020**

UNITED STATES MAGISTRATE JUDGE