# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RICHARDS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FAMILY HEALTHCARE NETWORK, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00586-NONE-SAB<br><br>ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE TO OCTOBER 8, 2020<br><br>(ECF No. 10) |

Crystal Richards, Michael Richards, and Caroline Cuellar ("Plaintiffs") brought this action under the Federal Tort Claims Action 28 U.S.C., Sections 1346(b) 23 and 2671, et. seq. On June 23, 2020, an order issued requiring Plaintiffs to file a notice of the status of service on the defendants due to the upcoming scheduling conference set for July 21, 2020. On this same date, summons were returned executed with service effected on June 1, 2020 and June 8, 2020. Counsel also filed a declaration requesting that the scheduling conference be continued ninety days to allow for the defendants to appear in this action.

Accordingly, the mandatory scheduling conference set for July 21, 2020 is HEREBY CONTINUED to **October 8, 2020 at 10:00 a.m.** in Courtroom 9. The parties shall file a joint scheduling report **seven (7) days** prior to the continued date.

IT IS SO ORDERED.

Dated:  **June 24, 2020**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1