UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRYSTAL RICHARDS, et al., | ) | Case No. 1:20-cv-00586-NONE-SAB |
| | ) | |
| Plaintiffs, | ) | ORDER RE STIPULATION TO CONTINUE |
| | ) | DEADLINE TO COMPLETE NON-EXPERT |
| vs. | ) | DISCOVERY |
| | ) | |
| FAMILY HEALTHCARE NETWORK; et al., | ) | FIRST AMENDED SCHEDULING ORDER |
| | ) | |
| Defendants. | ) | (ECF No. 23) |
| | ) | |
| | ) | |

On March 15, 2021, a stipulation was filed to extend the deadline by which the parties must complete non-expert discovery.

Accordingly, the October 9, 2020 scheduling order is HEREBY AMENDED as follows:

1. The deadline by which the parties shall complete non-expert discovery is continued to **May 31, 2021**; and

2. All other aspects of the October 9, 2020 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:   **March 16, 2021**

UNITED STATES MAGISTRATE JUDGE