# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RICHARDS, et al., | Case No. 1:20-cv-00586-NONE-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO CONTINUE EXPERT WITNESS DISCOVERY DEADLINES |
| v. | |
| FAMILY HEALTHCARE NETWORK, et al., | (ECF No. 27) |
| Defendants. | |

A scheduling order issued on October 9, 2020, that was subsequently amended on March 16, 2021. (ECF Nos. 19, 24.) On June 17, 2021, a stipulation was filed to extend the deadlines related to expert discovery due to the settlement conference currently scheduled for July 29, 2021. (ECF No. 27.)

Accordingly, the October 9, 2020 scheduling order, as amended March 16, 2021, is HEREBY AMENDED as follows:

1. Expert Witness Disclosure Deadline: **August 18, 2021**;
2. Supplemental Expert Witness Disclosure: **October 20, 2021**;
3. Expert Discovery Deadline: **December 29, 2021**; and

///
///
///

1

4. All other aspects of the amended October 9, 2020 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **June 21, 2021**

_____
UNITED STATES MAGISTRATE JUDGE