Daniel R. Baradat, No. 068651
drb@bplaw-inc.com
Warren R. Paboojian, No. 128462
wrp@bplaw-inc.com
Adam B. Stirrup, No. 257683
abs@bplaw-inc.com
BARADAT & PABOOJIAN, INC.
720 West Alluvial Avenue
Fresno, California 93711-5705
Telephone:    (559) 431-5366
Facsimile:    (559) 431-1702

Attorneys for Plaintiffs
CRYSTAL RICHARDS,
MICHAEL RICHARDS and
CAROLINE CUELLAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RICHARDS, MICHAEL RICHARDS, CAROLINE CUELLAR,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA; KAWEAH DELTA HEALTHCARE DISTRICT,<br><br>　　　　Defendants. | Case No. 1:20-CV-00586-NONE-SAB<br><br>**STIPULATION AND [PROPOSED] ORDER TO LIMITED CONSENT FOR U.S. MAGISTRATE JUDGE TO ADJUDICATE PARTIAL MOTION FOR SUMMARY ADJUDICATION ON DEFENDANTS' TWELFTH AFFIRMATIVE DEFENSES** |

## STIPULATION

In accordance with the provisions of 28 U.S.C. section 636(c)(1), the undersigned hereby stipulate and agree to limited consent to have a United States Magistrate Judge decide Plaintiffs' partial motion for summary adjudication to determine whether there are one or two $250,000 limitations on Plaintiffs' damages for non-economic losses pursuant to California Civil Code section 3333.2 on the following affirmative defenses:

　　　　1.　　Defendant, The United States' Twelfth Affirmative Defense: "Plaintiffs' claims are subject to the limitations on recovery contained in the California Medical injury Compensation Reform Act, including but not limited to the limitations set forth in California Code sections 3333.1 and 3333.2 and California Code of Civil Procedure section 667.7." [Doc. 14, pp. 4-5.]

_____

2. Defendant, Kaweah Delta Health Care District's Twelfth Affirmative Defense: "That in the event Defendant KDHCD is found to be negligent as to the State claim against it, which is expressly herein denied, the damages for non-economic losses shall not exceed the amounts specified in California Civil Code section 3333.2."  [Doc. 12, p. 5.]

IT IS SO STIPULATED.

Dated: August 13, 2021                                          BARADAT & PABOOJIAN, INC.

                                                             By: /s/ Adam B. Stirrup
          Daniel R. Baradat
          Warren R. Paboojian
          Adam B. Stirrup
          Attorneys for Plaintiffs
          CRYSTAL RICHARDS, MICHAEL RICHARDS and CAROLINE CUELLAR

Dated: August 13, 2021                                          US ATTORNEY'S OFFICE

                                                             By: /s/ Jeffrey J. Lodge [as authorized 8/6/21]
          Jeffrey J. Lodge
          Attorneys for Defendant
          UNITED STATES

Dated: August 13, 2021                                          SALINAS LAW GROUP

                                                             By: /s/ Richard S. Salinas [as authorized 8/6/21]
          Richard S. Salinas
          Attorneys for Defendant
          KAWEAH DELTA HEALTH CARE DISTRICT

**ORDER**

IT IS SO ORDERED.

Dated:   **August 13, 2021**                          _/s/ Dale A. Drozd_
                                                        UNITED STATES DISTRICT JUDGE