1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

| | |
|---|---|
| CRYSTAL RICHARDS, et al. | Case No.  1:20-cv-00586-NONE-SAB |
| Plaintiffs, | ORDER SETTING BRIEFING SCHEDULE ON PARTIAL MOTION FOR SUMMARY ADJUDICATION AND MODIFYING SCHEDULING ORDER |
| v. | |
| THE UNITED STATES OF AMERICA, et al., | (ECF Nos. 32, 33, 34) |
| Defendants. | |

17     On August 4, 2021, the parties attended a status hearing on the issue of limited consent of

18 the undersigned for the purpose of adjudicating a partial motion for summary adjudication.

19 (ECF No. 32.)  On August 6, 2021, the parties submitted a stipulation regarding such consent.

20 (ECF No. 33.)  On August 13, 2021, the District Judge entered the parties' stipulation whereby

21 the parties consented to allow the undersigned adjudicate the partial motion for summary

22 adjudication on Defendants' twelfth affirmative defense.  (ECF No. 34.)  The Court shall now set

23 a briefing schedule with the deadlines agreed to at the status hearing.  The Court shall also

24 extend the deadlines contained in the scheduling order to facilitate the adjudication of the motion

25 and settlement discussions, as agreed to at the status hearing.

26 / / /

27 / / /

28 / / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiffs' partial motion for summary adjudication shall be filed on or before October 11, 2021;

2.      Defendants' opposition shall be filed on or before November 24, 2021;

3.      Plaintiffs' reply shall be filed on or before December 8, 2021; and

4.      A hearing on the motion is hereby set for December 15, 2021 at 10:00 a.m. in Courtroom 9;

5.      The October 9, 2020 scheduling order (ECF No. 19), as modified on June 21, 2021 (ECF No. 29), is further modified as follows:

     a.      Expert Witness Disclosure: April 14, 2022;

     b.      Supplemental Expert Witness Disclosure: June 13, 2022;

     c.      Expert Discovery Deadline: August 12, 2022;

     d.      Dispositive Motion Filing Deadline: October 26, 2022;

     e.      Pretrial Conference: June 29, 2023 at 8:30 a.m. in Courtroom 4 before District Judge Dale A. Drozd; and

     f.      All other aspects of the amended October 9, 2020 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:    __**August 18, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE